UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZEL EARLY,

     Plaintiff,

v.

SANGHVI, et al.,

     Defendants.

Case No. 25-cv-13279

Honorable Robert J. White

## ORDER OF DISMISSAL

The Court entered a notice on November 18, 2025, directing Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by December 2, 2025. (ECF No. 4.)  The notice notified plaintiff(s) that "this case may be dismissed" for noncompliance. (*Id.*).  The deadline has now passed.  Plaintiff failed to correct the deficiency.  Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed without prejudice. *See* E.D. Mich. LR 41.2.

Dated: December 5, 2025

s/Robert J. White_____
Robert J. White
United States District Judge